**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Gregory H. KING, Respondent.**

Supreme Court of Pennsylvania.

Sept. 28, 2004.

## *ORDER*

PER CURIAM.

AND NOW, this 28th day of September, 2004, the Petition for Allowance of Appeal is hereby GRANTED. The order of the Superior Court is VACATED, and this matter is REMANDED to that court for reconsideration in light of our decision in *Commonwealth v. Young*, 849 A.2d 1152 (Pa.2004). Jurisdiction relinquished.

Justice RUSSELL M. NIGRO notes his dissent to the per curiam order as he would deny the petition.

---

1. There is an equivalent section to § 3103 for pedalcycles (§ 3501) and motorcycles (§ 3521), each excluding offenses "by their nature" inapplicable to that particular user of the highways. One must assume the same vagueness arguments make these sections unconstitutional as well.